# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

BENNETT HIRSCHHORN,            )
                               )
        Plaintiff,          )
                               )
v.                             ) Case No.: 3:14-cv-525
                               )
INTEGRITY SOLUTION SERVICES, INC. )
                               )
        Defendant.          )

## NOTICE OF SETTLEMENT

Plaintiff, Bennett Hirschhorn, by and through undersigned counsel, hereby provides notice to the court that a settlement agreement between the parties has been reached. The parties will prepare settlement documents and expect to file a Stipulation of Dismissal with Prejudice within 30 days.

RESPECTFULLY SUBMITTED,

November 21, 2014      By: /s/ Shireen Hormozdi
                                    Shireen Hormozdi
                                    Hormozdi Law Firm, LLC
                                    1770 Indian Trail Lilburn Road, Suite 175
                                    Norcross, GA 30093
                                    Tel: 678-395-7795
                                    Fax: 866-929-2434
                                    E-mail: shireen@norcrosslawfirm.com
                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on November 21, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system and the document is available on the CM/ECF system.

RESPECTFULLY SUBMITTED,

November 21, 2014                    By: /s/ Shireen Hormozdi
                                         Shireen Hormozdi
                                         Hormozdi Law Firm, LLC
                                         1770 Indian Trail Lilburn Road, Suite 175
                                         Norcross, GA 30093
                                         Tel: 678-395-7795
                                         Fax: 866-929-2434
                                         E-mail: shireen@norcrosslawfirm.com
                                         Attorney for Plaintiff