# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| BENNETT HIRSCHHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-525 |
| | ) |
| INTEGRITY SOLUTION SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, BENNETT HIRSCHHORN, through his attorneys, Hormozdi Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, INTEGRITY SOLUTION SERVICES, INC., both sides to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

January 20, 2015        By: /s/ Shireen Hormozdi
                                       Shireen Hormozdi
                                       Hormozdi Law Firm, LLC
                                       1770 Indian Trail Lilburn Road, Suite 175
                                       Norcross, GA 30093
                                       Tel: 678-395-7795
                                       Fax: 866-929-2434
                                       E-mail: shireen@norcrosslawfirm.com
                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

On January 20, 2015, I electronically filed the Voluntary Dismissal l with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of this filed document to Defendant's counsel, Samuel Ford, at sford@sessions-law.biz

                                         By: /s/ Shireen Hormozdi
                                              Shireen Hormozdi

1